

FILED

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0315

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0315

ON SIXTH AVENUE, LLC,

Plaintiff and Appellee,

v.

ORDER

CLAYTON WAYNE RAMSEY,

Defendant and Appellant.

FILED

OCT 3 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Clayton Wayne Ramsey was granted an extension of time to file and serve the opening brief on or before August 30, 2023. Ramsey did not thereafter file the opening brief and on September 12, 2023, this Court ordered that Ramsey file the opening brief no later than October 12, 2023. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to all parties of record.

DATED this 31st day of October, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices